United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE CUMMING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BIG PICTURE LOANS, LLC, et al.,<br><br>    Defendants. | Case No.  5:18-cv-03476-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are currently scheduled to appear before the court for an initial Case Management Conference on March 21, 2019.  On March 15, 2019, Defendants filed a Motion to Continue the Case Management Conference until a time following the parties' June 19, 2019 joint status conference.  Dkt. No. 66.  Plaintiffs did not respond.  Because the parties will be engaged in jurisdictional discovery until June 7, 2019 and have a discovery status conference set for June 19, 2019 before Magistrate Judge Cousins, and Plaintiffs do not oppose, the Case Management Conference is CONTINUED to June 27, 2019 at 10:00 a.m. in **Courtroom No. 1**, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113.  Parties shall file an updated Case Management Conference Statement no later than June 21, 2019.

**IT IS SO ORDERED.**

Dated: March 20, 2019

                                                          EDWARD J. DAVILA
                                                         United States District Judge