UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CUMMING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIG PICTURE LOANS, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-03476-EJD (NC)<br><br>**ORDER DENYING STIPULATION TO EXTEND TIME; ORDER DENYING DEFENDANTS' PROPOSED PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 73, 74 |

On March 22, 2019, the parties stipulated to extend time to file a stipulated protective order. *See* Dkt. No. 73. Because good cause was not shown and because the parties ultimately could not agree on a protective order, the Court DENIES the stipulation.

On March 27, 2019, the parties filed a joint statement regarding their dispute over the protective order. *See* Dkt. No. 74. Defendants request various changes to the model protective order. *See* Dkt. No. 74, Ex. 2. Defendants' proposed changes are not supported by good cause. Accordingly, the Court DENIES Defendants' proposed changes and will enter Plaintiffs' proposed protective order, *i.e.*, the model protective order.

**IT IS SO ORDERED.**

Dated: March 29, 2019

                                        _____
                                        NATHANAEL M. COUSINS
                                        United States Magistrate Judge