Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Cumming, et al.   )
                  )   Case No: 5:18-cv-03476
         Plaintiff(s),   )
                  )   **APPLICATION FOR**
   v.             )   **ADMISSION OF ATTORNEY**
                  )   **PRO HAC VICE**
Big Picture Loans, et al.   )   (CIVIL LOCAL RULE 11-3)
                  )
         Defendant(s).   )

I, __Michael C. Witsch__, an active member in good standing of the bar of __Pennsylvania__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Matt Martorello__ in the above-entitled action. My local co-counsel in this case is __Anna S. McClean__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Armstrong Teasdale, LLP<br>2005 Market Street, 29th Floor, One Commerce Square<br>Philadelphia, PA 19103 | Sheppard, Mullin, Richter & Hampton, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 |
| MY TELEPHONE # OF RECORD:<br>(215) 780-2016 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 434-9100 |
| MY EMAIL ADDRESS OF RECORD:<br>mwitsch@armstrongteasdale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>amclean@sheppardmullin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __313884__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/12/19                                    /s/ Michael C. Witsch
                                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Michael C. Witsch__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michael Christopher Witsch, Esq.

**DATE OF ADMISSION**

**October 22, 2012**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  May 23, 2018

Patricia A. Johnson
Chief Clerk