SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Anna S. McLean, Cal. Bar No. 142233
Jacqueline M. Simonovich, Cal. Bar No. 319259
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Tel.: 415.434.9100 Fax: 415.434.3947
Email: amclean@sheppardmullin.com
       jsimonovich@sheppardmullin.com

ARMSTRONG TEASDALE LLP
Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
Michael C. Witsch (admitted *pro hac vice*)
2005 Market Street
29th Floor, One Commerce Square
Tel.: (267) 780-2000 Fax: (215) 405-9070
Email: rlscheff@armstrongteasdale.com
       jboughrum@armtrongteasdale.com
       mwitsch@armstrongteasdale.com

*Attorneys for Defendant Matt Martorello*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE CUMMING, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BIG PICTURE LOANS, LLC, et al.,<br><br>                Defendants. | CASE NO.  5:18-cv-3476-EJD<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT, effective April 15, 2019, the contact information for Richard L. Scheff and Jonathan P. Boughrum, counsel admitted *pro hac vice* for Defendant Matt Martorello, has changed.  Future correspondence should be addressed as follows:

| | |
|---|---|
| Richard L. Scheff<br>Armstrong Teasdale, LLP<br>2005 Market Street<br>29th Floor<br>One Commerce Square<br>Philadelphia, PA 19103<br>rlscheff@armstrongteasdale.com<br>Office: (267) 780-2000<br>Direct Dial: (267) 780-2010<br>Fax: (215) 405-9070 | Jonathan P. Boughrum<br>Armstrong Teasdale, LLP<br>2005 Market Street<br>29th Floor<br>One Commerce Square<br>Philadelphia, PA 19103<br>jboughrum@armstrongteasdale.com<br>Office: (267) 780-2000<br>Direct Dial: (267) 780-2012<br>Fax: (215) 405-9070 |

Respectfully submitted,

/s/ *Anna S. McLean*
Anna S. McLean, Cal. Bar No. 142233
Jacqueline M. Simonovich, Cal. Bar No. 319259
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: amclean@sheppardmullin.com
         jsimonovich@sheppardmullin.com


Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
Michael C. Witsch (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Telephone: (267) 780-2000
Facsimile: (215) 405-9070
Email: rlscheff@armstrongteasdale.com
         jboughrum@armstrongteasdale.com

*Attorneys for Defendant Matt Martorello*