UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRISTINE CUMMING, et al.,

    Plaintiffs,

v.

BIG PICTURE LOANS, LLC, et al.,

    Defendants.

Case No. 5:18-cv-03476-EJD

**BRIEFING SCHEDULING ORDER**

In anticipation of the completion of jurisdictional discovery by June 7, 2019, pursuant to Magistrate Judge Cousins' order (Dkt. No. 64), the court RESETS the hearing date for the pending motions (Dkt. Nos. 29, 30, 31, 33, 35) to **July 18, 2019 at 9:00 a.m.** Plaintiffs shall file and serve their oppositions no later than June 21, 2019. Defendants shall file and serve their replies no later than July 5, 2019.

**IT IS SO ORDERED.**

Dated: April 19, 2019

_____
EDWARD J. DAVILA
United States District Judge