Hassan A. Zavareei (SBN 181547)
Anna C. Haac (*pro hac vice*)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
Phone: 202-973-0900
Fax: 202-973-0950
hzavareei@tzlegal.com
ahaac@tzlegal.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE CUMMING, LAMESHA KONDO, ANDREA MENDEZ, KIMBERLY POOL, FREEMAN REVELS, and TAMMY WANGELINE, *individually and on behalf of others similarly situated,*

    *Plaintiffs,*

    *v.*

BIG PICTURE LOANS, LLC, MATT MARTORELLO; AND ASCENSION TECHNOLOGIES, INC.,

    *Defendants.*

Case No. 5:18-cv-03476-EJD

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)**

    Plaintiffs Christine Cumming, Lamesha Kondo, Andrea Mendez, Kimberly Pool, Freeman Revels, and Tammy Wangeline file this Notice of Voluntary Dismissal Pursuant to FED. R. CIV. P. 41(a) and hereby dismisses their claims without prejudice against all Defendants, each side to bear its own costs. As none of the Defendants

have yet served an answer or a motion for summary judgment, a Court order is not required. *See* FED. R. CIV. P. 41(a)(1)(A). This notice results in the voluntary dismissal without prejudice of all of Plaintiffs' claims against all Defendants.

Dated: September 19, 2019            Respectfully submitted,

                                        By: */s/ Hassan A. Zavareei*
                                            Hassan A. Zavareei (SBN 181547)
                                            Anna C, Haac (*pro hac vice*)
                                            Tycko & Zavareei, LLP
                                            1828 L Street, N.W., Suite 1000
                                            Washington, D.C. 20036
                                            Phone: (202) 973-0900
                                            Fax: (202) 973-0950
                                            hzavareei@tzlegal.com
                                            ahaac@tzlegal.com

                                            *Counsel for Christine Cumming, Lamesha Kondo, Andrea Mendez, Kimberly Pool, Freeman Revels, and Tammy Wangeline, on behalf of themselves and all individuals similarly situated*